# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

MARCIANO PARODI and
PATRICIA PARODI,

    Plaintiffs,

v.                                                                               Case No. 3:18-cv-389-J-32MCR

JAMES GAMBOA, (ICE) supervisor
Fort Miami FL field office in his
individual capacity, RONY
RIVERO, (ICE) deportation Miami
FL field office in his individual
capacity, MICHAEL RICCITELLI,
(ICE) deportation Newark, NJ field
office in his individual capacity,
REGEBAIL D. CEFIRE, (only
signature exhibit) (ICE) special
agent of Newark, NJ office in his
individual capacity, and WALTER
INGRAM, JR , (ICE) supervisor of
Baltimore, MD field office in his
individual capacity,

    Defendants.

---

## **O R D E R**

This case is before the Court on the Plaintiffs' Applications to Proceed in District Court Without Prepaying Fees or Costs (Docs. 2 & 3). On May 4, 2018, the assigned United States Magistrate Judge issued a Report and

Recommendation (Doc. 8) recommending that the Applications be denied and the case be dismissed without prejudice.

No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a).

Upon de novo review and for the reasons stated in the Report and Recommendation (Doc. 8), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 8) is **ADOPTED** as the opinion of the Court.

2. Plaintiffs' Applications to Proceed in District Court Without Prepaying Fees or Costs (Docs. 2 & 3) are **DENIED**.

3. This case is **DISMISSED without prejudice**.

4. The Clerk shall send copies of this Order to Defendants.

5. The Clerk should terminate all pending motions and deadlines and close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 29th day of May, 2018.

TIMOTHY J. CORRIGAN
                                                            United States District Judge

sj
Copies to:

Honorable Monte C. Richardson
United States Magistrate Judge

<u>Pro se</u> Plaintiffs